

| HON. SYLVIA O. HINDS-RADIX<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | HANNAH J. SAROKIN<br>(212) 356-8761<br>hsarokin@law.nyc.gov |

April 18, 2022

**BY ECF**

Hon. John P. Cronan
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

        Re: *E.S., individually and on behalf of M.S. and N.S., children with disabilities v. New York City Department of Education*
            21-CV-9038

Your Honor:

      I am an Assistant Corporation Counsel in the Office of the Corporation Counsel assigned to represent Defendant New York City Department of Education (DOE) in the above-captioned matter, in which Plaintiffs seek various relief pursuant to the Individuals with Disabilities Education Act. I write, jointly with Plaintiffs' counsel, to respectfully request that the Initial Pretrial Conference currently scheduled for April 27, 2022 be adjourned *sine die*[1] and that the parties submit a status letter no later than May 25, 2022.

      The parties are presently engaged in settlement negotiations and formal mediation through the Court-annexed mediation program. The parties had an initial meeting with the mediator on February 24, 2022, and the first mediation conference is currently scheduled for May 2, 2022. My office is seeking settlement authority from the Office of the Comptroller in advance of the May 2, 2022 mediation meeting. The requested adjournment would allow time for my office obtain settlement authority and for the parties to continue to engage in settlement negotiations with the assistance of the mediator.

      This is the parties' first request for an adjournment, which, if granted, would not affect any other deadline.

---

[1] The parties also request that the joint letter and proposed case management plan be similarly adjourned.

- 2 -

      Accordingly, the parties respectfully request that the Initial Pretrial Conference be adjourned *sine die* and that the parties submit a status letter no later than May 25, 2022, either informing the Court that the case has been resolved or proposing a briefing schedule.

      Thank you for your consideration of this request.

Respectfully submitted,

s/_____
Hannah J. Sarokin
Assistant Corporation Counsel

cc.    Benjamin Kopp (by ECF)
       Plaintiffs' counsel

The request is granted. The conference previously scheduled for April 27, 2022, Dkt. 12, is adjourned *sine die*. The parties shall submit a status letter by May 25, 2022 on the progress of settlement discussions.

SO ORDERED.
Date: April 19, 2022
      New York, New York

                                      JOHN P. CRONAN
                                United States District Judge